**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN   - CSBN 154279
KEVIN G. GILL      - CSBN 226819
amartin@rimacmartin.com
kgill@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
BECTON DICKINSON AND COMPANY
GROUP LONG-TERM DISABILITY PLAN

SCOTT E SHAFFMAN, ESQ.  - CSBN 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
Telephone (831) 333-0321

Attorney for Plaintiff
ADRIENNE SHULER

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILING*

| | |
|---|---|
| ADRIENNE SHULER,<br>aka ADRIENNE METZGER,<br><br>           Plaintiff,<br><br>     vs.<br><br>BECTON DICKINSON AND COMPANY<br>GROUP LONG-TERM DISABILITY PLAN,<br><br>           Defendant. | CASE NO.  05-CV-04617-JW<br><br>**JOINT STIPULATION TO CONTINUE THE MAY 22, 2006 CASE MANAGEMENT CONFERENCE TO JULY 31, 2006**<br><br>**[PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, that the Case Management Conference in this matter, currently scheduled for May 22, 2006, before the Honorable James Ware, be continued for approximately ninety (90) days, to July 31, 2006, or a date thereafter at the convenience of the Court.

---

-1-

Good cause exists for this continuance as the parties have agreed to a private mediation of this matter, thereby conserving judicial resources. This extension will provide counsel sufficient time to exchange pertinent information and schedule and complete such private mediation.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

DATED: May 1, 2006         By:     /s/ SCOTT E. SHAFFMAN
                                   SCOTT E SHAFFMAN
                                   Attorney for Plaintiff
                                   ADRIENNE SHULER,
                                   aka ADRIENNE METZGER


                                   RIMAC & MARTIN, P.C.


DATED: May 1, 2006         By:     /s/ ANNA M. MARTIN
                                   ANNA M. MARTIN
                                   Attorneys for Defendant
                                   BECTON DICKINSON AND COMPANY
                                   GROUP LONG-TERM DISABILITY PLAN

**ORDER**

**IT IS HEREBY ORDERED** that the Case Management Conference be continued from May 22, 2006 to September 11, 2006 @ 10:00am. The parties shall file a Joint Case Management Statement seven (7) days prior to the Conference.

**SO ORDERED.**

DATED: 05/19/06            _____
                           JUDGE OF THE UNITED STATES DISTRICT COURT

-2-

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE; ORDER THEREON            CASE NO. 05-CV-04617-JW