| | |
|---|---|
| 1 | **RIMAC & MARTIN, P.C.**<br>ANNA M. MARTIN   - CSBN 154279 |
| 2 | KEVIN G. GILL       - CSBN 226819 |
| 3 | *amartin@rimacmartin.com*<br>*kgill@rimacmartin.com* |
| 4 | 1051 Divisadero Street<br>San Francisco, California 94115 |
| 5 | Telephone (415) 561-8440<br>Facsimile (415) 561-8430 |
| 6 | Attorneys for Defendant |
| 7 | BECTON DICKINSON AND COMPANY<br>GROUP LONG-TERM DISABILITY PLAN |
| 8 | |
| 9 | SCOTT E SHAFFMAN, ESQ.  - CSBN 90276<br>98 Del Monte Ave., Suite 200 |
| 10 | Monterey, CA 93940<br>Telephone (831) 333-0321 |
| 11 | Attorney for Plaintiff<br>ADRIENNE SHULER |
| 12 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**E-FILING**

| | |
|---|---|
| ADRIENNE SHULER,<br>aka ADRIENNE METZGER,<br><br>           Plaintiff,<br><br>    vs.<br><br>BECTON DICKINSON AND COMPANY<br>GROUP LONG-TERM DISABILITY PLAN,<br><br>           Defendant. | CASE NO.  05-CV-04617-JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND** [PROPOSED]<br>**ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

Each party shall bear its own costs and attorneys' fees in this action.

/ / /

-1-

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE AND ORDER THEREON**                                                              **CASE NO. 05-CV-04617-JW**

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

DATED: August 23, 2006        By:    /s/ SCOTT E. SHAFFMAN
                                     SCOTT E SHAFFMAN
                                     Attorney for Plaintiff
                                     ADRIENNE SHULER,
                                     aka ADRIENNE METZGER


                                     RIMAC & MARTIN, P.C.


DATED: August 23, 2006        By:    /s/ ANNA M. MARTIN
                                     ANNA M. MARTIN
                                     Attorneys for Defendant
                                     BECTON DICKINSON AND COMPANY
                                     GROUP LONG-TERM DISABILITY PLAN

**ORDER**

**SO ORDERED.**

DATED:   8/24/06            _____
                            JUDGE OF THE UNITED STATES DISTRICT COURT

-2-

STIPULATION OF DISMISSAL
WITH PREJUDICE AND ORDER THEREON                    CASE NO. 05-CV-04617-JW